UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEN RAY PINES | CIVIL ACTION |
| VERSUS | NO: 09-3113 |
| ST. TAMMANY PARISH PRISON AND OFFICER BOYD | SECTION: R(5) |

**ORDER**

The Court, finding that as of this date neither party has objected to the Magistrate Judge's Report and Recommendation, hereby approves the Report and adopts it as its own opinion. It is ordered that Pines's claims against the St. Tammany Parish Prison be DISMISSED WITH PREJUDICE, and his claims against Officer Boyd be DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 14th day of October, 2009.

_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE